ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Marine Hydraulics International, LLC | ) ASBCA Nos. 62093-ADR, 62818-ADR |
| | ) |
| Under Contract No. N00024-16-D-4412 | ) |

APPEARANCE FOR THE APPELLANT:     James A. Kelley, Esq.
                                    James A. Kelly & Associates
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                  Devin A. Wolak, Esq.
                                  Bradley S. Garner, Esq.
                                  Kiley A. Holshey, Esq.
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  July 11, 2023

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62093-ADR, 62818-ADR, Appeals of Marine Hydraulics International, LLC, rendered in conformance with the Board's Charter.

Dated:  July 11, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals